# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

ALYSSA CARTON,

       Plaintiff,

v.                                                   CIV 17-0037 KG/SCY

CARROLL VENTURES, INC.,

       Defendant.

## **ORDER**

**THIS MATTER** comes before the Court on the following:

(i)  the New Mexico Supreme Court notified this Court that Plaintiff's attorney Sharon Pomeranz resigned her membership in the State Bar of New Mexico effective October 10, 2017, pursuant to Rule 17-209 NMRA, Resignation by attorneys under investigation; and

(ii) Plaintiff notified the Court on October 31, 2017, that Ms. Pomeranz is no longer representing her.

The Court considers Plaintiff to be proceeding *pro se* based on her statement that she is no longer represented by counsel of record Sharon Pomeranz.  The Court reminds Plaintiff that she must comply with the Federal Rules of Civil Procedure, the District of New Mexico's Local Rules of Civil Procedure and other rules governing *pro se* parties and litigating in this Court. The Court will order the Clerk of the Court to send Plaintiff copies of the District of New Mexico's Local Rules of Civil Procedure and the Guide for Pro Se Litigants.  Additional information may be found on that Court's website:  www.nmd.uscourts.gov.

Ms. Pomeranz has not notified the Court of her resignation of her membership in the State Bar of New Mexico and has not moved to withdraw from representing Plaintiff. The Local Rules of Civil Procedure for the District of New Mexico state that an attorney who has been admitted to the bar of this court must notify the Clerk of the Court in the following circumstances:

> The attorney must remain a licensed member in active status and in good standing of the bar of at least one state, federal territory, or the District of Columbia, and if at any time these eligibility criteria are not met, the attorney must, within 14 days after the attorney receives notice of the change in status, notify the clerk of this court of the change in status and the reason for the change.

D.N.M.LR-Civ. 83.2(f)(1), and

> If the attorney resigns from the bar of any other federal or state court while an investigation into allegations of misconduct is pending, the attorney must, within 14 days of the resignation, give to the clerk of this court written notice of the resignation and the fact that an investigation was pending.

D.N.M.LR-Civ. 83.2(f)(3). D.N.M.LR-Civ. 83.8 states the rules for when an attorney may withdraw from an action. The 14-day deadline for notifying the Court of a change in status has expired. Ms. Pomeranz shall, within 14 days of entry of this Order, show cause why the Court should not terminate her as attorney of record in this Court. Failure to timely show cause may result in her termination as attorney of record in this Court.

**IT IS HEREBY ORDERED AS FOLLOWS:**

(i) The Clerk will revise the record to show that Plaintiff is proceeding *pro se* and add her to the docket sheet at the address and phone number she has provided to Clerk's Office staff in each of the below cases;

(ii) the Clerk mail Plaintiff a copy of this Order along with copies of the District of New Mexico's Local Rules of Civil Procedure and the Guide for Pro Se Litigants;

(iii) Plaintiff's attorney Sharon Pomeranz shall, within 14 days of entry of this Order, show cause why the Court should not terminate her as attorney of record in this Court; and

(iv) the Clerk of the Court file this Order in each of the following cases:

| | |
|---|---|
| 1:17-cv-00037-KG-SCY | Carton v. Carroll Ventures Inc. |
| 1:17-cv-00038-KBM-JHR | Carton v. Cole MT Albuquerque (San Mateo) NM LLC |
| 1:17-cv-00039-SCY-LF | Carton v. Courtyard NM LLC |
| 1:17-cv-00040-KK-SCY | Carton v. HDY LLC |
| 1:17-cv-00041-SCY-JHR | Carton v. Roshni |
| 1:17-cv-00043-SCY-KBM | Carton v. Laxmi Management LLC |
| 1:17-cv-00044-LF-KK | Carton v. LBC Company, LLC |
| 1:17-cv-00046-SCY-KBM | Carton v. San Mateo/Indian School, Inc. |
| 1:17-cv-00047-KK-JHR | Carton v. Spilca Nicolae & Mariana |
| 1:17-cv-00048-JHR-SCY | Carton v. Spirit Master Funding, LLC |
| 1:17-cv-00058-SCY-KK | Carton v. Autozone Stores LLC |
| 1:17-cv-00063-JHR-SCY | Carton v. Cole AB Albuquerque NM, LLC |
| 1:17-cv-00073-JHR-SCY | Carton v. Market Center East Retail Property, Inc. |
| 1:17-cv-00075-JHR-CG | Carton v. Miller Family Real Estate, LLC |
| 1:17-cv-00077-KK-WPL | Carton v. Pacific Realty, CO |
| 1:17-cv-00078-KK-LF | Carton v. Q Market Center, LLC |
| 1:17-cv-00080-LF-KK | Carton v. Realty Income, Corporation |
| 1:17-cv-00082-KK-KBM | Carton v. Brunetto et al |
| 1:17-cv-00083-LF-JHR | Carton v. Southwest Capital Projects, LLC |
| 1:17-cv-00084-SCY-KBM | Carton v. Westland Properties, LLC |
| 1:17-cv-00085-GJF-KBM | Carton v. Zia Trust, Inc. |
| 1:17-cv-00153-JHR-KK | Carton v. B+H Investments, LLC |
| 1:17-cv-00154-GBW-KK | Carton v. Fair Plaza, Inc |
| 1:17-cv-00156-SCY-LF | Carton v. Hayman Nurseries, LLC |
| 1:17-cv-00159-SMV-LF | Carton v. Kawips New Mexico, LLC |
| 1:17-cv-00160-GJF-LF | Carton v. LNU, et al |
| 1:17-cv-00161-LF-KBM | Carton v. M & E New Mexico Property, LLC |

| | |
|---|---|
| 1:17-cv-00162-JHR-LF | Carton v. Monarch Land, LLC |
| 1:17-cv-00163-KK-WPL | Carton v. Montgomery-Juan Tabo Properties, LLC |
| 1:17-cv-00164-SCY-JHR | Carton v. New Mexico Bank & Trust |
| 1:17-cv-00165-JHR-LF | Carton v. Pacific Bistro Partnership |
| 1:17-cv-00166-KBM-KK | Carton v. Pizza Hut of America LLC |
| 1:17-cv-00167-SCY-LF | Carton v. Jaramillo, et al |
| 1:17-cv-00170-KBM-KK | Carton v. Starlight Investments, LLC |
| 1:17-cv-00173-RB-SCY | Carton v. Three J's, Limited Partnership |
| 1:17-cv-00174-KK-KBM | Carton v. Tulsi Group, LLC |
| 1:17-cv-00211-JHR-GJF | Carton v. Autozone Stores, LLC |
| 1:17-cv-00215-KK-KBM | Carton v. Circle K Stores, Inc. |
| 1:17-cv-00218-KBM-LF | Carton v. Circle K Stores, Inc. |
| 1:17-cv-00223-SCY-KK | Carton v. M & S Properties, LLC |
| 1:17-cv-00224-KK-LF | Carton v. Medlock-New Mexico Properties, LLC |
| 1:17-cv-00225-KBM-KK | Carton v. Ling, et al. |
| 1:17-cv-00227-KBM-JHR | Carton v. Tachung Investment Company |
| 1:17-cv-00228-LF-KK | Carton v. Up Your Alley, LLC |
| 1:17-cv-00229-KK-KBM | Carton v. Wells Fargo Bank New Mexico N A |
| 1:17-cv-00293-SCY-JHR | Carton v. 9613, LLC |
| 1:17-cv-00294-SCY-LF | Carton v. Albertson's LLC |
| 1:17-cv-00295-LF-KBM | Carton v. Amerco Real Estate Company |
| 1:17-cv-00297-SCY-KK | Carton v. Conquistadores, Inc. |
| 1:17-cv-00298-SCY-KK | Carton v. D.W. Investments, Inc. |
| 1:17-cv-00299-LF-SCY | Carton v. LNU et al |
| 1:17-cv-00300-KK-JHR | Carton v. Zhao et al |
| 1:17-cv-00301-KK-JHR | Carton v. Eubank 3801, LLC |
| 1:17-cv-00302-KBM-KK | Carton v. Family Medicine, P.C. |
| 1:17-cv-00303-LF-KBM | Carton v. Fu Yuang, LLC |
| 1:17-cv-00304-LF-CG | Carton v. LNU, et al. |
| 1:17-cv-00305-KK-SCY | Carton v. LNU |
| 1:17-cv-00306-KK-KBM | Carton v. LNU |

| | |
|---|---|
| 1:17-cv-00308-KK-KBM | Carton v. Masada Limited Company |
| 1:17-cv-00309-GJF-LF | Carton v. Palo Alto, Inc. |
| 1:17-cv-00310-LF-KBM | Carton v. Quality Jeep Limited Partnership |
| 1:17-cv-00311-SMV-KK | Carton v. Scottsdale Village, LLC |
| 1:17-cv-00313-LF-WPL | Carton v. Starbucks Coffee Company |
| 1:17-cv-00314-CG-SCY | Carton v. Trimari Holdings, LLC |
| 1:17-cv-00315-KK-KBM | Carton v. U.S. Bank National Association. |

_____
**KAREN B. MOLZEN**
**UNITED STATES CHIEF MAGISTRATE JUDGE**